KAMER ZUCKER ABBOTT
Scott M. Abbott           #4500
Jen J. Sarafina           #9679
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel:  (702) 259-8640
Fax: (702) 259-8646
sabbott@kzalaw.com
jsarafina@kzalaw.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BERTHINIA S. WILLIAMS,<br><br>                    Plaintiff,<br><br>vs.<br><br>BEVERLY BUCKNELL,<br><br>                    Defendant. | Case No. 2:13-cv-01596-JAD-PAL<br><br>**STIPULATION FOR DISMISSAL<br>WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Berthinia S. Williams, appearing *pro se*, and Defendant Beverly Bucknell, by and through her counsel of record, hereby stipulate and request that the above-captioned case be dismissed in its entirety *without prejudice*. Each party is to bear their own attorneys' fees and costs, except as otherwise agreed.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

WHEREFORE, the parties respectfully request that this matter be dismissed *without prejudice*, with each party to bear their own costs and attorneys' fees, except as otherwise agreed.

DATED this 30th day of September, 2013.

By: /s/ Berthinia S. Williams
Berthinia S. Williams
3339 West Kidd Street
North Las Vegas, Nevada 89032
(702) 466-2812

Plaintiff in Proper Person

KAMER ZUCKER ABBOTT

By: /s/ Scott M. Abbott
Scott M. Abbott                #4500
Jen J. Sarafina                #9679
3000 West Charleston Boulevard,
Suite 3
Las Vegas, Nevada 89102
Tel: (702) 259-8640
Fax: (702) 259-8646

Attorneys for Defendant

**ORDER**

**IT IS SO ORDERED.**

DATED: October 1, 2013

_____
UNITED STATES DISTRICT JUDGE